NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KELLOGG BROWN & ROOT SERVICES, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Cross Appellant.*

---

2012-5106, -5115

---

Appeals from the United States Court of Federal Claims in case no. 09-CV-351, Judge Christine O.C. Miller.

---

**ON MOTION**

---

**O R D E R**

Professional Services Council and the National Defense Industrial Association move without opposition for a 115-day extension to file out of time their brief amicus curiae.

Upon consideration thereof,

IT IS ORDERED THAT:

KELLOGG BROWN & ROOT SERVICES v. US                    2

    The motion is granted.  The brief amicus curiae is due January 2, 2013.

For The Court


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s26